IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Cr. No. _____ |
| vs. ) | In violation of: 21 U.S.C. § 846; |
| ) | and, 18 U.S.C. § 924(c)(1)(A)(iii) |
| ) | |
| ALFREDO ORTIZ ) | CR13 174 M |
| JENNIFER TIERNEY ) | -01 |

## INDICTMENT

The Grand Jury charges that:

### Count 1

On or about September 3, 2012, in the District of Rhode Island, defendants Alfredo Ortiz and Jennifer Tierney did knowingly, intentionally, and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); all in violation of 21 U.S.C. § 846.

### Count 2

On or about September 3, 2012, in the District of Rhode Island, defendant Alfredo Ortiz, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, did knowingly and intentionally use, carry and discharge a firearm, to wit, a Smith & Wesson, Model SW380, .380 caliber pistol (bearing serial number RAD0550), in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

<u>Forfeiture Allegation</u>

Upon conviction of the offense alleged in Count 2, defendant Alfredo Ortiz shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the firearm identified in Count II and any associated magazine and ammunition, all of which were seized on or about September 3, 2012.

A TRUE BILL:

**REDACTED**

PETER F. NERONHA
UNITED STATES ATTORNEY

_/s/_
MILIND M. SHAH
Assistant U.S. Attorney

_/s/_
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

_/s/_
KENNETH P. MADDEN
First Assistant U.S. Attorney

Dated: _Dec 4, 2013_